UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID SPIEKER, | ) | CASE NO. 4: 12 CV 1949 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | MAGISTRATE JUDGE VECCHIARELLI |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM OPINION** |
| MICHAEL J. ASTRUE | ) | **AND ORDER** |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge William H. Baughman, Jr. The Report and Recommendation (ECF #11), submitted on December 6, 2012, is ADOPTED.

Plaintiff filed this action suing the Commissioner of Social Security. This matter was automatically referred to Magistrate Judge Vecchiarelli pursuant to Local Rule 72.2(b). Magistrate Judge Vecchiarelli issued the Report and Recommendation, recommending that this case be dismissed with prejudice because Plaintiff, who is represented by counsel, failed to serve all necessary parties within the required time limit, neglected to show good cause for the failure to timely serve necessary parties, and failed to comply with a Court order. No timely

objections have been filed.

The Court has reviewed *de novo* the Report and Recommendation. *See Ohio Citizen Action v. City of Seven Hills*, 35 F. Supp. 2d 575, 577 (N.D. Ohio 1999); FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1)(C). The Court finds Magistrate Judge Vecchiarelli's Report and Recommendation to be thorough, well-written, well-supported, and correct on all issues addressed therein. The Court therefore adopts the Magistrate's Report in its entirety. Plaintiff's case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE

DATED: March 19, 2013