UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID SPIEKER, | ) | CASE NO. 4: 12 CV 1949 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | MAGISTRATE JUDGE VECCHIARELLI |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| MICHAEL J. ASTRUE | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Consistent with the Court's Memorandum Opinion and Order adopting the Magistrate Judge's Report and Recommendation, judgment is entered in favor of Defendant and against Plaintiff.

IT IS SO ORDERED.

> *s/Donald C. Nugent*
> DONALD C. NUGENT
> UNITED STATES DISTRICT JUDGE

DATED: <u>March 20, 2013</u>